UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

NANCY JACOBY,

  Plaintiff,

-vs-

WELLS FARGO BANK, N.A. d/b/a WELLS
FARGO DEALER SERVICES,         CASE NO.:  8:16-CV-2064-T-33JSS

  Defendant.
_____/

## NOTICE OF SETTLEMENT PENDING

     Plaintiff, Nancy Jacoby, by and through her undersigned counsel, hereby submits this Notice of Pending Settlement and states that Plaintiff and Defendant, Wells Fargo Bank, N.A. d/b/a Wells Fargo Dealer Services, have reached a settlement with regard to this case and are presently drafting, finalizing, and executing the settlement and dismissal documents. Upon execution of the same, the parties will file the appropriate dismissal documents with the Court.

     Dated this 12th day of September 2016.

                                                                                         */s/ Octavio Gomez*
                                                                                       Octavio "Tav" Gomez, Esquire
                                                                                       Morgan & Morgan, Tampa, P.A.
                                                                                       One Tampa City Center
                                                                                       201 N. Franklin St., 7th Floor
                                                                                      Tampa, FL 33602
                                                                                      Tele: (813) 223-5505
                                                                                      Fax:  (813) 223-5402
                                                                                      Florida Bar #: 0338620
                                                                                      Attorney for Plaintiff
                                                                                      tgomez@forthepeople.com

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 12th day of September, 2016, a true and correct copy of the foregoing has been filed with, and provided to all counsel of record, via the Court's CM/ECF system:

R. Frank Springfield, Esquire
Burr & Forman, LLP
200 South Orange Ave., Suite 800
Orlando, FL 32801
fspringfield@burr.com

Jacqueline Simms-Petredis, Esquire
Burr & Forman, LLP
201 N. Franklin St., Suite 3200
Tampa, FL 33602
jsimms-petredis@burr.com

Eric J. Troutman, Esquire
*Admitted Pro Hac Vice*
Dorsey & Whitney LLP
600 Anton Boulevard, Suite 2000
Costa Mesa, California 92626-7655
troutman.eric@dorsey.com

Divya S. Gupta, Esquire
*Admitted Pro Hac Vice*
Dorsey & Whitney LLP
600 Anton Boulevard, Suite 2000
Costa Mesa, California 92626-7655
gupta.divya@dorsey.com

                                              */s/ Octavio Gomez*
                                                Octavio "Tav" Gomez, Esquire
                                                Florida Bar #:  0338620